Filed & Entered
On Docket
09/30/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE:

THE GRYPHON, LLC

Chapter 7
Case No. 25-10197

Debtor.

**ORDER PERMITTING ABANDONMENT PURSUANT TO 11 U.S.C. §554(b) AND FED. R. BANKR. P. 6007(a)**

This matter is before the Court on the motion of Michael Jude O'Connor, by and through his counsel, O'Connor, O'Connor, Bresee & First, PC. (P. Baird Joslin, Esq.), for the above-referenced Chapter 7 estate (the "Movant"), for Motion for an Order permitting abandonment pursuant to 11 U.S.C. §554(a) and Fed. R. Bankr. P. 6007(a), in addition to Motion for an Order permitting Trustee to donate food items and to return beer and liquor to Debtor's distributors pursuant to 11 U.S.C. § 105.

The COURT FINDS the Movant has given sufficient notice as ordered by the Court [ECF 17] and shown good cause for this relief, and either no objection has been filed or any objection that was filed has been overruled or withdrawn.

Therefore, IT IS HEREBY ORDERED that Movant's Motion for an Order permitting abandonment pursuant to 11 U.S.C. §554(a) and Fed. R. Bankr. P. 6007(a), in addition to Motion for an Order permitting Trustee to donate food items and to return beer and liquor to Debtor's distributors pursuant to 11 U.S.C. § 105 is granted, and

IT IS FURTHER ORDERED, that the Movant is hereby permitted to abandon all right, title, and interest the estate may have in and to the assets identified and listed in paragraph 39 of Schedule A/B. in accordance with 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a). In addition, Trustee is permited to donate non-perishable food items to a food bank or another appropriate organization pursuant to 11 U.S.C. § 105. In addition, the Trustee is permitted to provide for the transfer of existing beer and spirits inventory to the distributor utilized by the Debtor absent any

objection from the creditors referenced in Schedule D pursuant to 11 U.S.C. § 105.

**SO ORDERED.**

September 30, 2025  
Burlington, Vermont

*/s/ Heather Z. Cooper*  
Heather Z. Cooper  
United States Bankruptcy Judge