UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
09/30/2025

IN RE:

THE GRYPHON, LLC

Chapter 7
Case No. 25-10197

Debtor.

**ORDER PERMITTING ABANDONMENT PURSUANT TO 11 U.S.C. §554(b) AND FED. R. BANKR. P. 6007(a)**

This matter is before the Court on the motion of Michael Jude O'Connor, by and through his counsel, O'Connor, O'Connor, Bresee & First, PC. (P. Baird Joslin, Esq.), for the above-referenced Chapter 7 estate (the "Movant"), for Motion for an Order permitting abandonment pursuant to 11 U.S.C. §554(a) and Fed. R. Bankr. P. 6007(a), in addition to Motion for an Order permitting Trustee to donate food items and to return beer and liquor to Debtor's distributors pursuant to 11 U.S.C. § 105.

The COURT FINDS the Movant has given sufficient notice as ordered by the Court [ECF 17] and shown good cause for this relief, and either no objection has been filed or any objection that was filed has been overruled or withdrawn.

Therefore, IT IS HEREBY ORDERED that Movant's Motion for an Order permitting abandonment pursuant to 11 U.S.C. §554(a) and Fed. R. Bankr. P. 6007(a), in addition to Motion for an Order permitting Trustee to donate food items and to return beer and liquor to Debtor's distributors pursuant to 11 U.S.C. § 105 is granted, and

IT IS FURTHER ORDERED, that the Movant is hereby permitted to abandon all right, title, and interest the estate may have in and to the assets identified and listed in paragraph 39 of Schedule A/B. in accordance with 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a). In addition, Trustee is permited to donate non-perishable food items to a food bank or another appropriate organization pursuant to 11 U.S.C. § 105. In addition, the Trustee is permitted to provide for the transfer of existing beer and spirits inventory to the distributor utilized by the Debtor absent any

objection from the creditors referenced in Schedule D pursuant to 11 U.S.C. § 105.

**SO ORDERED.**

September 30, 2025  
Burlington, Vermont

                                           Heather Z. Cooper  
                                           United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

| | |
|---|---|
| In re: | Case No. 25-10197-hzc |
| The Gryphon, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf600 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Gryphon, LLC, PO Box 1973, New London, NH 03257-1973 |
| aty | + | Bankruptcy Estate of The GryphonRE LLC, c/o Ray Obuchowski, Bky Trustee, PO Box 60, Bethel, VT 05032-0060 |
| intp | + | Paul A. Levine, Chapter 7 Trustee for Thomas M. Ch, Lemery Greisler LLC, 677 Broadway, 8th Floor, Albany, NY 12207-2953 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Michael Jude O'Connor | moconnor@oobf.com kurutz@oobf.com;NY18@ecfcbis.com |
| Michael Jude O'Connor | on behalf of Trustee Michael Jude O'Connor moconnor@oobf.com kurutz@oobf.com;NY18@ecfcbis.com |
| Nancy M. Geise | on behalf of Debtor The Gryphon LLC nancy@essexvtlaw.com, r54609@notify.bestcase.com |
| Paul A Levine | on behalf of Interested Party Paul A. Levine Chapter 7 Trustee for Thomas M. Chadwick plevine@lemerygreisler.com, phartl@lemerygreisler.com |

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf600 | Total Noticed: 3 |

Raymond J Obuchowski
    on behalf of Attorney Bankruptcy Estate of The GryphonRE LLC ray@oeblaw.com marie@oeblaw.com

U S Trustee
    ustpregion02.vt.ecf@usdoj.gov

TOTAL: 7